08-00469 MJJ

(JOHN)

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Jonathan Lee Riches©,
Plaintiff

CIVIL NE:

V.

William Kristol a/b/a Weekly Standard editor,
Weekly Standard,
Defendant's

Complaint

Comes now the Plaintiff, Jonathan Lee Riches©, in pro-se, moves under 42 USC 1983 and a TRO Re straining order against Kristol. Kristol supports far right wing federal sentencing guidelines. Defendant also is responsible for neoconservative once a year regime change of wardens at FCI Williamsburg. Every year Defendant is taking away more of my civil liberties. I'm in solitary. Kristol supports war with the middle east. Since we provoke other nations, in the future we are going to get a Nuclear Bomb hit in the U.S.A. Then FCI guards won't come to work and I will be trapped in my Gulag cell suffering radioactivus and no food. This is civil rights violation, as he is supporting war on my life, I seek $25 million in damages.

Jonathan Lee Riches©
#40948-018
FCI Williamsburg P.O. Box 340
Salters, S.C. 29590
843-387-9400

Respectfully Submitted
Jonathan Lee Riches©